Sale Date: June 7th, 2013
Time: 11:00 A.M.
Court Hearing: July 23rd, 2013
Time: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 7

**THOMAS IADISERNIA JR.** and            Case No. 09-24023 (RDD)
**ANTONIA P. IADISERNIA**,
             Debtors.
------------------------------------------------------------X

## NOTICE OF INTENDED SALE

**PLEASE TAKE NOTICE**, that the abovenamed debtors are in Chapter 7 under the Bankruptcy Code, which case was assigned to the Hon. Robert D. Drain, and Jeffrey L. Sapir, Esq. is the appointed trustee herein.

**PLEASE TAKE NOTICE**, that the undersigned trustee will sell on June 3rd, 2013 at 11:00 A.M., at the offices of Jeffrey L. Sapir, Chapter 7 Trustee, 399 Knollwood Road, White Plains, New York, Suite 102, all the trustee's right, title and interest, in any, in and to the following property:

**Lot #2, Bridgewater View Subdivision, which is located in the town of Bridgewater, in Oneida County, State of New York;**

An offer has been made by Ashwini Bhaskar in the sum of $38,000.00.

Any person desiring further information or particulars, may contact the trustee at 399 Knollwood Road, White Plains, New York 10603, or at telephone number 914-328-7272.

The trustee would also entertain alternate offers to purchase said asset.

The trustee reserves the right to reject any and all bids received.

Terms: Payment on Delivery by Certified Check, Bank Check or Money Order.

**THIS NOTICE IS GIVEN** to permit parties in interest to object to the intended sale. Unless a party in interest files a written objection with, and requests a hearing of the Unites States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, on or before June 3rd, 2013 at 5:00pm, the intended sale as described in this notice will go forward.

**OBJECTIONS** and requests for a hearing must be sent to the Hon. Robert D. Drain, United States Bankruptcy Judge, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, New York; to Jeffrey L. Sapir, Esq., Trustee, at 399 Knollwood Road, White Plains, New York, 10603; and to the Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004.

**IN THE EVENT OBJECTIONS ARE FILED** there will be a hearing held at the United States Bankruptcy Court, 300 Quarropas Street Room 118, White Plains, New York, on July 23rd, 2013 at 10:00 A.M.

Dated: White Plains, New York
May 2, 2013

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 7 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Tel. 914-328-7272**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 7

In re:
**THOMAS IADISERNIA JR.** and                                Case No. 09-24023 (RDD)
**ANTONIA P. IADISERNIA**,

              Debtors.                                          **AFFIDAVIT OF MAILING**
-----------------------------------------------------------X
**AFFIDAVIT OF MAILING**

STATE OF NEW YORK)
COUNTY OF WESTCHESTER) SS.:

      DEBRA A. SAPIR, being duly sworn, deposes and says:

That, I am not a party to the action and am over 18 years of age and reside in New York, New York.

On May 2nd, 2013, I served a true copy of the within document, at the following address designated for that purpose, by mailing same in a sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to all parties per the annexed listing.

                                              /s/ Debra A. Sapir
                                              DEBRA A. SAPIR

Sworn to before me this
2nd day of May, 2013.
/s/ Jeffrey L. Sapir, Esq.
   Jeffrey L. Sapir, Esq.
Notary Public, State of New York
    No. 02SA8764500
   Qualified in Rockland County
Terms Expires: December 31, 2014

TO:   Thomas Iadisernia Jr.                   Michael A. Koplen, Esq.
       and Antonia P Iadisernia            14 South Main Street, Suite 4
       40 Dunnigan Drive                     New City, NY 10956
       Pomona, NY 10970

       United States Trustee                 Cab East, LLC
       33 Whitehall Street, 21st Floor       c/o Deily, Mooney, & Glastetter, LLP
       New York, NY 10004-2122          8 Thurlow Terrace
                                                      Albany, NY 12203-1006

       Ford Motor Credit Company          BANK OF AMERICA

| | |
|---|---|
| c/o Deily, Mooney & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, NY 12203-1006 | 4060 OGLETOWN/STANTON RD<br>NEWARK, DE 19713 |
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK<br>C/O FOSTER AND GARBUS LLP<br>500 BI-COUNTY BLVD SUITE 300<br>FARMINGDALE, NY 11735-3931 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CHASE - TOYS R US<br>201 N. WALNUT ST//DE1-1027<br>WILMINGTON, DE 19801-2920 | CITIBANK<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6500 |
| DEVELOPER FINANCE<br>430 MAIN ST<br>WILLIAMSTOWN, MA 01267-2668 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 |
| FORD MOTOR CREDIT<br>PO BOX 220564<br>PITTSBURGH, PA 15257-2564 | FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | HSBC BANK NEVADA<br>C/O COHEN AND SLAMOWITZ<br>199 CROSSWAYS PARK DRIVE<br>WOODBURY, NY 11797-2016 |
| HSBC/BOSCOV<br>P O BOX 4274<br>READING, PA 19606-0674 | HSBC/SEAMN<br>90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720-3118 |
| MACYS/FDSB<br>MACY'S BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040-8053 | NELSON WATSON & ASSOC<br>80 MERRIMACK ST LOWER LEVEL<br>HAVERHILL, MA 01830-5202 |
| PRSM/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | REWARDS ZONE MASTERCARD<br>PO BOX 88000<br>BALTIMORE, MD 21288-0001 |
| SEARS/CBSD<br>133200 SMITH RD<br>CLEVELAND, OH 44130 | STATE FARM BANK<br>PO BOX 3299, STE 350<br>MILWAUKEE, WI 53201-3299 |
| STATE FARM FNCL SVCS F<br>ATTN: LOAN SERVICING<br>PO BOX 5961, MADISON<br>WI 53705-0961 | TOWN OF BRIDGEWATER<br>FAIRGROUND ROAD WINFIELD<br>WESTMORELAND, NY 13490 |
| VW Credit, Inc. | WF FIN BANK |

| | |
|---|---|
| c/o Hilary B. Bonial<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | WELLS FARGO FINANCIAL<br>4137 121ST ST<br>URBANDALE, IA 50323-2310 |
| WORLDS FOREMOST BANK NA<br>PO BOX 82608<br>LINCOLN, NE 68501-2608 | ZWICKER AND ASSOCIATES<br>80 MINUTEMAN ROAD<br>ANDOVER, MA 01810-1008 |
| VW Credit, Inc.<br>P O Box 829009,<br>Dallas, TX 75382-9009 | GEMB/JCP<br>ATTN: BANKRUPTCY<br>PO BOX 103106<br>ROSWELL, GA 30076-9106 |
| GEMB/LEVITZ<br>PO BOX 29116<br>SHAWNEE MISSION, KS 66201-1416 | GEMB/WALMART<br>PO BOX 981400<br>EL PASO, TX 79998-1400 |
| GEMBPPBYCR<br>ATTENTION: BANKRUPTCY<br>PO BOX 103106<br>ROSWELL, GA 30076-9106 | KOHLS/CHASE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 |
| VW CREDIT<br>PO BOX 17497<br>BALTIMORE, MD 21297-1497 | VW CREDIT INC<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE, IL 60048-4460 |
| VW Credit, Inc.,<br>PO Box 829009<br>Dallas, Texas 75382-9009 | Ashwini Bhaskar<br>32 Greenwich Avenue<br>Central Valley NY 10917 |